**BIO–MIMETICS, INC., Plaintiff–Cross Appellant,**

v.

**COLUMBIA LABORATORIES, INC., Defendant–Appellant.**

**Bio–Mimetics, Inc., Plaintiff–Appellant,**

v.

**Columbia Laboratories, Inc., Defendant–Appellee.**

Nos. 2010–1535, 2010–1537, 2011–1062.

United States Court of Appeals, Federal Circuit.

Jan. 10, 2011.

Matthew B. Lowrie, Foley & Lardner LLP, Boston, MA, for Plaintiff–Cross Appellant.

Charles B. Klein, Winston & Strawn LLP, Washington, DC, for Defendant–Appellee.

### ORDER

### ON MOTION

Bio–Mimetics, Inc. and Columbia Laboratories, Inc. move to dismiss their appeals.*

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

---

* The parties request that these dismissals be with prejudice; however, it is not the practice of this court to dismiss with or without prejudice.